## DAN W. STEWART v. DR. JAMES L. ESTES

15 So. (2nd) 679                                    June Term, 1943
November 30, 1943                                    Division A

*Bryan & Bryan,* for appellant.

*W. Frank Hobbs,* for appellee.

PER CURIAM:

The judgment appealed from herein is affirmed on authority of Hill v. Broughton, 146 Fla. 505, 1 So. (2nd) 610.

Affirmed.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.